In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00355-CV**
_____

**AMY ANNE SHOULDICE, Appellant**

**V.**

**CHRISTINE ELIZABETH VAN HAMERSVELD AND JOHN D.
THOMPSON JR., Appellees**

**On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 17-35611-P**

**MEMORANDUM OPINION**

On November 29, 2018, the trial court found that Appellant, Amy Anne Shouldice, can afford to pay costs for the appeal. She did not file a motion for appellate review of the trial court's ruling. *See generally* Tex. R. Civ. P. 145(g). On January 10, 2019, the trial court clerk notified this Court that Appellant had not paid for the record, and we warned the parties that unless we received the clerk's record

1

by February 8, 2019, the appeal would be dismissed without further notice. *See* Tex. R. App. P. 37.3(b). On February 11, 2019, the trial court clerk notified this Court that Appellant has not paid the cost for the record. The appeal is dismissed for want of prosecution. *See id*; *see also* Tex. R. App. P. 42.3.[1]

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on February 20, 2019
Opinion Delivered February 21, 2019

Before McKeithen, C.J., Kreger, and Johnson, JJ.

---

[1] On November 2, 2018, Christine Elizabeth Van Hamersveld and John D. Thompson Jr. filed a notice of appeal from the trial court's July 19, 2018 Order Granting Applicant's Motion for Summary Judgment as to Undue Influence. They neither paid for a record to be prepared nor requested that the appeal continue as to their cross-appeal.